IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON THACKER,

    Plaintiff,

v.

ALL SURETIES WHICH INDEMNIFY
WIS. AGAINST DEFENDANTS'
MISCONDUCT, et al.,

    Defendants.

ORDER

Case No. 17-cv-624-wmc

On August 16, 2017, I entered an order denying plaintiff Devon Thacker's motion to use his release account funds to pay the full $400 filing fee for this case and directing plaintiff to either submit the $400 filing fee or a motion for leave to proceed without prepaying the filing fee along with a six-month trust fund account statement. On August 21, 2017, plaintiff submitted a motion for leave to proceed without prepayment on the filing fee along with a trust fund account statement from August 12 through August 18, 2017. This statement is insufficient to determine whether plaintiff qualifies for indigent status because the trust fund account statement does not cover the *six-month* period immediately preceding the filing of the complaint.

For this case to proceed, plaintiff must submit the certified six-month trust fund account statement no later than September 11, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Devon Thacker may have until September 11, 2017 to submit a certified trust fund account statement for the period beginning approximately February 14, 2017 and ending approximately August 14, 2017. If, by September 11, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 21st day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge