IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEVON THACKER,

                         Plaintiff,

   v.

ALL SURETIES WHICH INDEMNIFY WIS.
AGAINST DEFENDANTS' MISCONDUCT, JON
LITSCHER, CATHY JESS, M. GREENWOOD, A.
BOATWRIGHT, M. DAVIS, GARY BOUGHTON,       Case No.  17-cv-624-wmc
ELLEN K. RAY, W. BROWN, MAURICE E.
PALENCIA, BAHC, GUNDERSON HEALTH GROUP,
GUNDERSON HEALTH INSURANCE, BURTON
COX, DR. MURPHY, DR. SYED, DR. SCHMIDT,
ALLEGED APNP CYNTHIA GRIFFIN, ALLEGED
APNP BONSON, JAMES LABELLE, BRIAN KOOL,
JOLINDA WATERMAN, SCOTT WALKER, WIS.
LEGISLATURE ("ALLEGED") COMMITTEE ON
CORRECTIONS & FISCAL BUREAU AUDITORS,
SANDRA MCARDLE, DR. EUGENE BURKE AND
JOHN / JANE DOES,

                         Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing with prejudice this case.

| | |
|---|---|
|    /s/ |    8/03/20 |
| Peter Oppeneer | Date |
| Clerk of Court | |